HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, # 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700
Fax (916) 498-5710

Attorney for Defendant
JIMMY SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-PO-00095-JDP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND [~~PROPOSED~~] ORDER |
| JIMMY SANDOVAL, | ) | |
| Defendant, | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Jimmy Sandoval, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present.  The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174

(Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: June 18, 2025

      /s/ Jimmy Sandoval
JIMMY SANDOVAL
Defendant
(original signature on file with defense counsel)

Dated:  June 18, 2025

      /s/ Megan Hopkins
MEGAN HOPKINS
Assistant Federal Defender
AISLIN MURPHY
Certified Law Student
Attorney for Defendant

IT IS SO ORDERED.

Dated: June 18, 2025

HON. JEREMY D. PETERSON
United States Magistrate Judge